## STATE OF FLORIDA v RODRIGUEZ

## Case No. 87-363 AC (Lower Court Case No. 87-77902)

Eleventh Judicial Circuit, Dade County

July 2, 1990

### APPEARANCES OF COUNSEL

**Robert A. Butterworth,** Attorney General and **Nancy C. Wear,** Assistant Attorney General, for appellant.

No appearance by appellee.

Before DONNER, NADLER, KAHN, JJ.

### OPINION OF THE COURT

PER CURIAM.

We reverse the dismissal of misdemeanor charges filed against the appellee.

At the first trial date, the case was continued because the state had not provided discovery. On the second trial date, some 19 days later, the defense attorney announced that he had just received discovery that day. The trial judge dismissed the case over the state's protestations that the speedy trial period had 15 days yet to run, and that the trial could be reset within that remaining time.

We find dismissal too harsh a sanction under these circumstances and remand for further proceedings consistent with this opinion. See *State v Brown,* 393 So.2d 1195 (Fla. 3d DCA 1981).